UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BILLY SAINTFELIX,

        Plaintiff,                     Case No. 6:25-cv-00580

v.

CITY OF ORLANDO FIRE DEPARTMENT,

        Defendant.

_____/

**PLAINTIFF'S RESPONSE TO THE COURT'S SHOW CAUSE ORDER**

    Plaintiff Billy Saintfelix, proceeding *pro se*, responds to the Court's Show Cause Order dated April 29, 2025 and states as follows:

    1.    Plaintiff apologizes for his tardiness and inadvertent failure to submit the proper paperwork ordered by the court by the deadline that was given. Plaintiff respectfully submits that the reason for this delay was due to the following circumstances.

    2.    Plaintiff is in the uphill battle of finding and retaining counsel to assist him in this matter. Plaintiff has been in communication with myriad lawyers since the end of 2024, many of whom took weeks to assess my case after an initial consultation. As the statutory deadline to file a complaint approached, I did not have

1

an attorney, so Plaintiff had to personally open and file the case without any legal training or guidance. When submitting the documents for processing, Plaintiff did not know when or if the documents were accepted or had to be screened on April 3, 2025.

3. Plaintiff did not receive any notifications or information about his case until Plaintiff accidentally googled his name on May 5, 2025, and he saw that a show cause order was entered.

4. Plaintiff immediately called a friend to learn more about how to access case filings and the Court's electronic submission system.

5. On May 7, 2025, Plaintiff learned for the first time of the Court Listener database. Plaintiff created an account and has set alerts for this case with this database to ensure that no further deadlines are missed inadvertently because Plaintiff does not have access to the CM/ECF system.

6. Additionally, Plaintiff is still currently searching for an attorney to assist him with his case and has several consultations and follow-up meetings in the coming weeks.

7. Lastly, Plaintiff has attached the completed Notice of Pendency of Other Actions form and Disclosure Statement form as exhibits to this response. Both of these documents contain Plaintiff's mailing address to comply with the other requirement listed in the Court's order.

8. Plaintiff respectfully submits that he is doing everything that he can to

prosecute this case on his own, which has proven to be difficult, and asks that this Court permit him to proceed.

Dated: May 7, 2025

Respectfully submitted,

Billy Saintfelix
125 E. Pine Street, #1510
Orlando FL 32801
Billiam1192@gmail.com

3