Magic Process
924 N. Magnolia Ave.
Suite 220
Orlando, FL 32803
Phone: (407) 541-0697
Fax: (407) 541-0698

# INVOICE



MAGIC PROCESS, LLC

Invoice #MGP-2025004610
7/1/2025



Billy Saintfelix
125 E. Pine Street
#1510
Orlando, FL 32801

**Case Number: Orange 6:25-CV-00580**

Plaintiff:
**BILLY SAINTFELIX,**

Defendant:
**CITY OF ORLANDO FIRE DEPARTMENT**

Received: 6/30/2025   Served: 7/1/2025 1:55 am   GOVERNMENT AGENCY
To be served on: CITY OF ORLANDO FIRE DEPARTMENT

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Standard Rush Orange, Osceola, & Seminole | 1.00 | 125.00 | 125.00 |
| TOTAL CHARGED: | | | $125.00 |
| 6/30/2025 | | | 125.00 |
| **BALANCE DUE:** | | | **$0.00** |

Thank you for your business!

Thank you for your business!
Please include the above invoice number on your payment
Visit us online at www.magicprocess.com
Fein: 20-4826996

Copyright © 1992-2025 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

Page 1 / 1

Civil Action No. 6:25-cv-00580

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __City of Orlando Fire Department__
was received by me on *(date)* __6/30/25__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* __Natasha Moore/Records Clerk__ who is
designated by law to accept service of process on behalf of *(name of organization)* __City of Orlando
Fire Department__ on *(date)* __7/1/25__ ; or at 11:55am

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __7/1/2025__

_____
*Server's signature*

__Jay Bowen, Process Server #372__
*Printed name and title*

__924 N Magnolia Ave, Orlando, FL 32803__
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

Billy Saintfelix

*Plaintiff(s)*

v.

City of Orlando Fire Department

*Defendant(s)*

Civil Action No. 6:25-cv-00580

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   City of Orlando Fire Department
　　　　　　　　　　　　　　　　　　　 400 S. Orange Ave.
　　　　　　　　　　　　　　　　　　　 Orlando, Florida 32801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Billy Saintfelix
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　125 E. Pine Street, #1510
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Orlando FL 32801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: May 7, 2025

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

Wendy L. Blair