

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BILLY SAINTFELIX,

        Plaintiff,                      Case No. 6:25-cv-00580

v.

CITY OF ORLANDO FIRE DEPARTMENT,

        Defendant.

_____/

**AFFIDAVIT OF BILLY SAINTFELIX IN SUPPORT OF CLERK'S DEFAULT**

I, Billy Saintfelix, being duly sworn, state as follows:

1. I am the Plaintiff in the above-captioned action against Defendant.

2. The complaint was filed on April 3, 2025.

3. Defendant was properly served on July 1, 2025.

4. An answer or response to the complaint was due on or about July 22, 2025.

5. Defendant has failed to appear, plead or otherwise defend within the time allowed and, therefore, is now and remains in default.

6. Under Fed. R. Civ. P. 55(a) and this Court's local rules, I have satisfied all requirements for entry of clerk's default.

1

Dated: ~~August 11, 2025~~ August 13 2025

Respectfully submitted,

By: /s/ Billy Saintfelix
Billy Saintfelix
125 E. Pine Street, #1510
Orlando FL 32801
Billiam1192@gmail.com

STATE OF FLORIDA
ORANGE COUNTY

The foregoing instrument was acknowledged before me this 13 day of August 2025, by Billy Saintfelix, who is personally known to me ☒ or who has produced driver license as identification and who did take an oath.

Sworn to and subscribed before me this 13 day of ~~July~~ August 2025.

/s/ Jessica Riviere
Notary Public

JESSICA RIVIERE
Notary Public - State of Florida
Commission # HH 597739
My Comm. Expires Oct 27, 2028

2