UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BILLY SAINTFELIX,

    Plaintiff,

v.                                              Case No: 6:25-cv-580-JSS-DCI

CITY OF ORLANDO FIRE
DEPARTMENT,

    Defendant.
_____/

## **ORDER**

On April 3, 2025, Plaintiff initiated this case by filing a complaint against the City of Orlando Fire Department for violations of the Americans with Disabilities Act and Title VII of the Civil Rights Act. (Dkt. 1.) Plaintiff moves for a Clerk's entry of default. (Dkt. 10.) On November 4, 2025, the magistrate judge issued a recommendation that the court deny the motion and dismiss the complaint with leave to amend. (Dkt. 11.) No party has filed objections to the recommendation, and the time to do so has passed. Upon consideration, the court adopts the recommendation.

After conducting a careful and complete review of the findings and recommendations made by a magistrate judge, a district judge "may accept, reject, or modify, in whole or in part, the findings or recommendations." 28 U.S.C. § 636(b)(1); *accord* Fed. R. Civ. P. 72. A party must serve and file written objections to a magistrate judge's recommendation within fourteen days of being served with a copy of it, 28 U.S.C. § 636(b)(1)(C), and the failure to object in a timely fashion "waives the right to

challenge on appeal the district court's order based on unobjected-to factual and legal conclusions," 11th Cir. R. 3-1. With respect to dispositive matters, the district judge must conduct a de novo review of any portion of the recommendation to which a timely objection is made. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3); *United States v. Farias-Gonzalez*, 556 F.3d 1181, 1184 n.1 (11th Cir. 2009) ("A district court makes a de novo determination of those portions of a magistrate's report to which objections are filed."). Even in the absence of a specific objection, the district judge reviews any legal conclusions de novo. *Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994); *Ashworth v. Glades Cnty. Bd. of Cnty. Comm'rs*, 379 F. Supp. 3d 1244, 1246 (M.D. Fla. 2019).

Here, upon conducting a careful and complete review of the magistrate judge's recommendation and giving de novo review to matters of law, the court agrees with the recommendation in full.

Accordingly:

1. The magistrate judge's recommendation (Dkt. 11) is **ADOPTED**.
2. The motion (Dkt. 10) is **DENIED**.
3. The complaint (Dkt. 1) is **DISMISSED** without prejudice.
4. Plaintiff may file an amended complaint on or before **December 19, 2025**. The court cautions Plaintiff: "[A]n order dismissing a complaint with leave to amend within a specified time becomes a final judgment if the deadline to amend expires without the plaintiff amending its complaint or seeking an extension of

time." *Auto. Alignment & Body Serv., Inc. v. State Farm Mut. Auto. Ins. Co.*, 953 F.3d 707, 719–20 (11th Cir. 2020).

**ORDERED** in Orlando, Florida, on November 26, 2025.

JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Unrepresented Party