# EXHIBIT A

*Saintfelix v. City of Orlando*
EEOC No. 501-2023-01797
Page 5

## RESPONSE TO FCHR FORM C
## <u>INFORMATION/DOCUMENT REQUEST</u>

1. What is the corporate legal name of your company or agency?

   City of Orlando Fire Department

2. Does your company have 15 or more employees?

   Yes, the City of Orlando Fire Department employs more than 15 employees.

3. Describe your business operations or agency functions:

   The City of Orlando is a Florida municipal corporation providing a wide variety of services to its citizens. One such service is emergency response, which is provided through the Orlando Fire Department (OFD). OFD is one of the several departments within the City. Established in 1885, OFD began as a group of dedicated volunteers. Operating as "*Orlando Hook and Ladder Company No. 1,*" "*Orlando Hose Company No. 1,*" and "*Mechanics Hose and Engine Company No. 2,*" the department served to protect the lives and property of the 1,666 citizens of Orlando. Today the more than 550 men and women of OFD proudly continue this tradition, serving a population of over 250,000 people.

4. Submit a statement that thoroughly describes your position regarding the events alleged by Charging Party. Provide a direct response to each allegation as stated on the complaint. Include any additional information and explanation you consider to be relevant to the complaint.

   See City of Orlando's Position Statement and attached exhibits.

5. Provide sworn statements or affidavits from the persons who were responsible for the actions taken which led to this complaint, explaining why they deemed the actions necessary. Send sworn statements from other individuals who can verify the facts in support of your position.

   See City of Orlando's Position Statement and attached exhibits.

6. Provide copies of documents from official records in support of your position. Include copies of relevant personnel action forms and memoranda from the personnel of the Charging Party and any comparatives.

   See City of Orlando's Position Statement and attached exhibits.

7. Send copies of appropriate sections of written rules, policies and procedures or portions of policy manuals or employee handbooks which relate to the issues raised in the complaint. Provide an explanation for any unwritten polices or established practices which apply to the issues.

   See City of Orlando's Position Statement and attached exhibits.

8. Provide the total number of employees at the facility where Complainant was employed, with a breakdown by race (white, black, Hispanic, Asian, American Indian) and gender (male and

*Saintfelix v. City of Orlando*
EEOC No. 501-2023-01797
Page 6

    female). If this complaint is based on disability, send the total number of employees with known disabilities (omit race and gender).

    The City of Orlando does not track the total number of employees with known disabilities.

9. If the complaint was based on a disability, pregnancy or religion, indicate what efforts were made to accommodate the Charging Party's condition/basis.

    See City of Orlando's Position Statement and attached exhibits.

## CONCLUSION

As the facts and documentation referenced herein amply illustrate, the City did not discriminate against Charging Party in any way. The allegations of discrimination and retaliation are completely without merit. Therefore, the City respectfully requests that this Commission issue a "no cause" determination.

If we can be of any further assistance to you in your investigation, please do not hesitate to contact us.

                      Sincerely,

                      x\\Andrea Morgan
                      Andrea Morgan
                      Assistant City Attorney



ORLANDO - (407) 423-9907
11/26/2025  12:02 PM

V2TTAPPU3M5YEBE68

SALE          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-1111-24.8.1
901337  SS B&W Ltr Ema
  3 @ 0.22          0.66
       **You Pay**         0.66SS
   Subtotal:        0.66
 FL 6.5% Sales Tax  0.05
      Total:        0.71
   Visa 9318:       0.71

AUTH CODE 020402
TDS Chip Read
AID A0000000031010   VISA DEBIT
CVS No Signature Required

_____
     DEZ JOHNSON 59*****534
   Please create your online rewards
   account at officedepot.com/rewards.
   You must complete your account to
   claim your rewards and view your
                status.


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Shop online at www.officedepot.com

Satisfaction Guarantee. If you are not satisfied with your purchase, you can return it within 30 days, or 14 days for furniture and technology items, with all original packaging and the receipt, packing slip or email confirmation for a refund, exchange, or credit. Special orders are not returnable. Other restrictions apply. Call 1-800-GO-DEPOT (800-463-3768) or visit www.officedepot.com for more details.