# Orange County Sheriff's Office
## Return of Service

| | |
|---|---|
| PROCESS RECEIVED: | 12/15/2025 12:03:00PM |
| RETURN DAYS: | 21 |
| RETURN DATE: | |
| SHOW CAUSE DATE: | |
| WRIT #: | 1370114 |
| CIV-SUMMONS | |
| SERVE TO: | CITY OF ORLANDO C/O MARYANNE DOWNS, CITY ATTORNEY |
| HOME ADDRESS: | |
| BUSINESS ADDRESS: | 400 S ORANGE AVE 2ND FLOOR ORLANDO, FL 32801 |
| | BILLY SAINTFELIX |
| | 125 E PINE ST #1510 |
| | ORLANDO, FL 32801 |
| SERVICE INFORMATION: | (407) 836-4570 (9AM - 1PM) |
| PLAINTIFF: | BILLY SAINTFELIX |
| DEFENDANT: | CITY OF ORLANDO |

| | |
|---|---|
| CASE: | 6:25-CV-00580-JSS-DCI |
| COURT: | DISTRICT |
| COUNTY: | ORANGE |

***** DO NOT POST

| | |
|---|---|
| SERVER: | CO35 |
| ENTERED BY: | SGR |
| FEE CODE: | 22 |
| Fee/Xfee: | $ 40.00 |
| WITNESS FEE: | $ 0.00 |
| OVERPAYMENT: | $ 0.00 |
| LEVY DEPOSIT: | $ 0.00 |

SERVED THIS PROCESS AT **1:20**, ON **12/16/25** IN ORANGE COUNTY, FLORIDA, BY:

☐ **INDIVIDUAL SERVICE:** By delivering to the within named individual a true copy of this process, with any attachments provided, and informing the individual of their contents.

☐ **SUBSTITUTE SERVICE:** By leaving a true copy of this process, with any attachments provided, and informing the individual of their contents:

_____  _____
Name                          Relationship

☐ **CORPORATE SERVICE** By delivering a true copy of this process, with any attachments provided, to:

_____,  _____
Name                          Title

as President, Vice President, or other head of the corporation; or in their absence, the cashier, treasurer, secretary, or general manager; or in their absence, any officer or business agent residing in the state; or the registered agent; or an employee at the corporation's place

☐ **POSTED SERVICE:** By attaching a copy of this process, with a copy of any attachments provided, to a conspicuous place on the property described within. Neither the tenant(s) nor a resident 15 years old or older could be found a the tenant's usual place of residence, after the required amount of attempts.

☒ **OTHER:** By delivering a true copy of this process, with any attachments provided, to

X **Isaac López**, as X **City Clerk Staff**.

☐ **NON-SERVICE:** And hereby return same unserved on: _____ (date/time) for the reason that after diligent search and inquiry, the within named could not be found in Orange County, Florida:

☐ **NON-SERVICE:** And hereby for reasons specified below on: _____ (date/time)

EXPLANATION:

PLAINTIFF: BILLY SAINTFELIX

**SERVICE ATTEMPTS**

| Date/Time | | Date/Time | |
|---|---|---|---|
| 12/16 | 1:20 | | |
| | | | |
| | | | |
| | | | |

SHERIFF OF ORANGE COUNTY, FLORIDA

JP  CO35  HH20

RECEIVED BY     OFFICER     CALL SIGN     EID #

Reviewed By

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida ▼

| | |
|---|---|
| BILLY SAINTFELIX )<br>)<br>)<br>)<br>)<br>*Plaintiff(s)* )<br>v. )<br>)<br>CITY OF ORLANDO )<br>)<br>)<br>)<br>*Defendant(s)* ) | Civil Action No. 6:25-cv-00580-JSS-DCI |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   CITY OF ORLANDO
c/o: Maryanne Downs, City Attorney
City Hall
400 South Orange Ave.
Orlando, FL 32801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Billy Saintfelix
125 E. Pine Street, #1510
Orlando FL 32801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 12/15/2025

*Signature of Clerk or Deputy Clerk*

JANET GONZALEZ

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 6:25-cv-00580-JSS-DCI

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* **Isaac Lopez/City Clerk**, a person of suitable age and discretion who resides there,
on *(date)* **12/16/25**, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**

I declare under penalty of perjury that this information is true.

Date: _____

*Server's signature*

**JAKE PALLMAN  12/16/25**
*Printed name and title*

**425 N. Orange Ave #240 Orlando FL 32801**
*Server's address*

Additional information regarding attempted service, etc: