UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BILLY SAINTFELIX,

    Plaintiff,

v.

CITY OF ORLANDO

    Defendant.

Case No. 6:25-CV-00580-JSS-DCI

## SUPPLEMENTAL CONFERRAL CERTIFICATE REGARDING PENDING MOTION TO DISMISS COMPLAINT

COMES NOW CITY OF ORLANDO ("Defendant"), by and through undersigned counsel and pursuant to M.D. Loc. R. 3.01(g)(3), hereby certifies that undersigned counsel has conferred with Plaintiff via email and provided a copy of its pending Motion to Dismiss for Plaintiff's review. The undersigned is authorized to represent that Plaintiff opposes the City's Motion in its entirety.

Respectfully submitted,

*s/Matthew D. Stefany*
MATTHEW D. STEFANY
Florida Bar No. 98790
JAMES M. ORCHARD
Florida Bar No. 1068706
*Counsel for Defendant*

**ALLEN NORTON & BLUE, P.A.**
Hyde Park Plaza - Suite 225
324 South Hyde Park Avenue
Tampa, Florida 33606-4127
(813) 251-1210 | (813) 253-2006 – Fax
Primary: mstefany@anblaw.com
jorchard@anblaw.com
Secondary: awilliams@anblaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of January 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and separately emailed a copy to Plaintiff (billiam1192@gmail.com).

*s/ Matthew D. Stefany*
ATTORNEY