UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| BILLY SAINTFELIX,<br><br>             Plaintiff,<br><br>v.<br><br>CITY OF ORLANDO,<br><br>             Defendant. | Case No. 6:25-CV-00580-JSS-DCI |

**JOINT MOTION TO PERMIT PLAINTIFF SIXTY DAYS TO RESPOND TO DEFENDANT'S MOTION TO DISMISS AND TO STAY ALL CASE DEADLINES PENDING RESOLUTION OF DEFENDANT'S MOTION**

COMES NOW the Parties, by and through their undersigned counsel, and pursuant to Rule 3.01(a), Local Rules for the Middle District of Florida, hereby jointly request Plaintiff receive a sixty day extension of time to respond to Defendant's Motion to Dismiss (D.E. 20) ("Motion") and for all case deadlines, including discovery, be stayed pending a resolution of Defendant's Motion. In support thereof the Parties state:

1. On January 6th, 2026, Defendant filed moved to dismiss Plaintiff's Amended Complaint for being an impermissible shotgun pleading and for failing to state a claim upon which relief may be granted (D.E. 20).

3. During conferral efforts regarding Defendant's Motion, Plaintiff confirmed that he opposed Defendant's Motion in its entirety and requested a sixty

day of extension of time up to and including March 20, 2026 so that he could use a local law library to prepare his response.

4.  While Plaintiff does not agree with the arguments raised within Defendant's Motion, the Parties are in agreement that Defendant's Motion, if any part is granted, would result in a substantial narrowing of the claims at issue in this case. Accordingly, the Parties are in agreement that it is premature to proceed through discovery while Defendant's Motion to Dismiss remains pending and to do so would pose a significant and potentially unnecessary burden on the Parties and this Court.

5.  Accordingly, the Parties Jointly move for a stay of all deadlines and discovery obligations pending the Court's resolution of Defendant's Motion to Dismiss and a sixty (60) day extension of time for Plaintiff to respond to Defendant's Motion to Dismiss up to and including March 20, 2026.

## MEMORANDUM OF LAW

### I.  Legal Standard

Courts have broad discretion to manage their own dockets, including the ability to stay case deadlines if a movant demonstrates good cause and reasonableness. *See McCabe v. Foley*, 223 F.R.D. 683 (M.D. Fla. 2006) (granting motion to stay discovery pending resolution of motion to dismiss). The Eleventh Circuit has noted that "[f]acial challenges, such as a motion to dismiss based on failure to state a claim for relief, should … be resolved before discovery begins." *Chudasama v. Mazda Motor Corp.*, 123 F.3d 1353, 1367 (11th Cir. 1997). (reversing district court's order compelling

2

discovery). While generally a pending dispositive motion to dismiss is not alone sufficient to delay deadlines, this Court has noted that a stay of deadlines is appropriate when it poses a significant burden on the court and the parties. *See Kattell v. Brenntag Mid-South, Inc.*, Case No. 8:18-cv-2243, 2019 WL 1676201 *2 (M.D. Fla. Apr. 17 2019). Here, the Parties jointly submit that requiring the parties to proceed with discovery, initial disclosures, and other pretrial obligations creates an unnecessary burden should not be undertaken until after the Court resolves Defendant's pending Motion. Defendant submits this is especially true given Plaintiff's need for additional time and, if any part of the Defendant's Motion is granted, Plaintiff's Amended Complaint will be dismissed as a shotgun pleading—with some counts dismissed.

Dated this 20th day of January 2026.  Respectfully submitted,

*s/ Billy Saintfelix*
BILLY SAINTFELIX
125 East Pine Street, Apt. 1510
Orlando, Florida 32801

*Plaintiff*

*s/ Matthew D. Stefany*
MATTHEW D. STEFANY
Florida Bar No. 98790
JAMES M. ORCHARD
Florida Bar No. 1068706

*Counsel for Defendant*
**ALLEN NORTON & BLUE, P.A.**
Hyde Park Plaza - Suite 225
324 South Hyde Park Avenue
Tampa, Florida 33606-4127
(813) 251-1210 | (813) 253-2006 – Fax
E-mail:mstefany@anblaw.com
          jorchard@anblaw.com
secondary: awilliams@anblaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of January 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                              *s/ Matthew D. Stefany*
                                              ATTORNEY